IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**

    v.                                                            Criminal No. 06-0332

                                                                  ELECTRONICALLY FILED

**KENNETH MCKOY, also known as**
**KENNETH MCCOY**

### Order of Court

AND NOW, this 20th day of October, 2015, IT IS HEREBY ORDERED that Defendant's Motion for Reduction of Sentence/Motion to Appoint Counsel (doc. no. 60) is DENIED. Amendment 782 does not provide a two-level reduction for Defendants whose base offense levels were calculated based upon a career offender designation. Because Defendant's base offense level was established due a career offender designation under U.S.S.G. § 4B1.1 (rather than § 2D1.1), he is ineligible for a sentencing reduction.

                                                     **SO ORDERED** this 20th day of October, 2015.

                                                     s/Arthur J. Schwab
                                                   Arthur J. Schwab
                                                   United States District Judge

cc: All Registered ECF Counsel and Parties

cc:    All ecf registered counsel of record

Constance Bowden, Esquire
United States Attorney's Office
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

(412) 644-3500
(412) 644-2645
tina.o.miller@usdoj.gov
COUNSEL FOR GOVERNMENT

Stanley Greenfield, Esquire
Greenfield & Kraut
Greenfield Court
1035 Fifth Avenue
Pittsburgh, PA 15219
(412) 261-4466
Email: GreenfieldandKraut@Verizon.net
COUNSEL FOR DEFENDANT

United States Marshal Office
United States Probation Office